JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHOLERX INC. dba PORTER RANCH PHARMACY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARDINAL HEALTH, INC.; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 112, LLC; LEADER DRUG STORES, INC. DBA LEADERNET; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-04498-AB(KSx)<br><br>[*Assigned for all purposed to the Honorable Andre Birotte, Jr.*]<br><br>[~~PROPOSED~~] **JUDGMENT** |

In light of the Court's Order [Dkt. No. 46] granting Defendants' Motion to Dismiss [Dkt. No. 30], it is **ORDERED, ADJUDGED, AND DECREED:**

　1.　Judgment is entered in favor of Defendants and against Plaintiff on all claims in the Complaint and all claims are dismissed **WITH PREJUDICE** and without leave to amend;

　2.　Defendants shall recover their costs.

Dated: **February 22, 2023**

　　　　　　　　　　　　　　　　　　　　　Hon. Judge André Birotte Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge